UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JACOB KINDER,<br><br>             Defendant. | Case No. 2:22-cr-00198-RFB-BNW<br><br>**ORDER** |

   IT IS ORDERED that the pretrial release revocation hearing currently scheduled for Monday, November 7, 2022 at 2:00 p.m., be vacated and continued to December 7, 2022 at the hour of 2:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this 4th day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3