UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JACOB KINDER,<br><br>          Defendant. | Case No. 2:22-cr-00198-RFB-BNW<br><br>**ORDER** |

IT IS ORDERED that the pretrial release revocation hearing currently scheduled for Wednesday, December 7, 2022 at 2:00 p.m., be vacated and continued to __February 6, 2023__ at the hour of  1:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 2nd day of December 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3