UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JACOB KINDER,<br><br>         Defendant. | Case No. 2:22-cr-00198-RFB-BNW<br><br>**ORDER** |

IT IS ORDERED that the pretrial release revocation hearing currently scheduled for Monday, February 6, 2023 at 1:00 p.m., be vacated and continued to March 29, 2023 at the hour of 4:00 pm in LV Courtroom 3B before Magistrate Judge Cam Ferenbach.

DATED this 1 day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3