UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00198-RFB-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JACOB KINDER, | |
| Defendant. | |

IT IS ORDERED that the pretrial release revocation hearing currently scheduled for December 29, 2023, be vacated and continued to January 24, 2024 at 10:00 am in LV Courtroom 3D.

DATED this 27th day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE