RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Jacob Kinder

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JACOB KINDER,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00198-RFB-BNW<br><br>**STIPULATION TO CONTINUE PRETRIAL RELEASE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jacob Kinder, that the Revocation Hearing currently scheduled on March 7, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than March 25, 2024.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be in trial on a different matter during the currently scheduled date.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the pretrial release revocation hearing.

DATED this 26th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JACOB KINDER,<br><br>        Defendant. | Case No. 2:22-cr-00198-RFB-BNW<br><br>**ORDER** |

    IT IS ORDERED that the pretrial release revocation hearing currently scheduled for March 7, 2024 at 11:00 am, be vacated and continued to March 27, 2024 at the hour of _1:_00_ p.m.

    DATED this 27th day of February, 2024.

UNITED STATES MAGISTRATE JUDGE

3